**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | ) CASE NO. 25-10893 |
| ANGELETTE JONES WILLIS | ) |
| | ) |
| | ) |
| Debtor(s) | ) Chapter 13 |
| | ) |

**AFFIDAVIT OF SERVICE**

The undersigned certifies that service of the Notice to Creditors and Proposed Plan was made on December 26th, 2025, by:

(X) Mail Service:  Regular, First Class United States Mail, postage fully pre-paid, addressed to:

    Regional Finance Corporation of NC
    Attn:  Officer or Managing Agent
    979 Batesville Road, Suite B
    Greer, SC 29651

    ( )  Certified Mail Service on an Insured Depository Institution:  By sending Notice to Creditors and Proposed Plan by certified mail addressed to the following officer of the institution at the address set out below. A supplement to this Affidavit with proof of delivery will be filed at a later date.

Under penalty of perjury, I declare that the foregoing is true and correct.

    This 26th day of December, 2025

                                                /S/ Ron A Anderson
                                              Ron A Anderson
                                              Attorney for Debtor
                                              Post Office Box 14639
                                              Archdale, North Carolina 27263
                                              Telephone: (336) 431-7336